[Sac. No. 2867.    In Bank.—August 1, 1918.]

## L. McAULAY, Petitioner, v. BOARD OF SUPERVISORS OF THE COUNTY OF MERCED et al., Respondents.

IRRIGATION DISTRICT—PETITION FOR ORGANIZATION—RIGHT OF WITHDRAWAL—TIME.—Under the Irrigation District Act of 1897, and acts amendatory thereof and supplementary thereto, the petitioners for the organization of such a district may effectively withdraw from the petition at any time prior to its presentation to the board of supervisors on the date fixed in the published notice, with the result that at such time they can no longer be considered by the board as petitioners.

APPLICATION for a Writ of Mandamus originally made to the Supreme Court against the Board of Supervisors of Merced County.

The facts are stated in the opinion of the court.

L. L. Dennett, and J. C. Needham, for Petitioner.

THE COURT.—We are satisfied that it must be held that petitioners for the organization of an irrigation district under the act approved March 31, 1897, and acts amendatory thereof and supplementary thereto, may effectively withdraw from the petition for the organization of such district at any time prior to the presentation of the petition to the board of supervisors on the date fixed in the published notice for such presentation, with the result that at the time of such presentation they can no longer be considered by the board as petitioners. If this be true, it follows that the petition here does not make a case for relief.

The application for a writ of mandate is denied.